UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:21 CR 493 RWS |
| BRETT STONE, | ) ) ) |
| Defendant. | ) ) |

## **MEMORANDUM AND ORDER**

As a defendant's placement while in custody is a determination made by the Bureau of Prisons,

**IT IS HEREBY ORDERED** that the motion for recommendation [62] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of September, 2025.